IKE MADDING v. STATE.

No. A-3652—Opinion Filed May 4, 1921.

(196 Pac. 1102.)

Appeal from the District Court, Pushmataha County; A. A. McDonald, Judge.

Ike Madding was convicted of assault with intent to rape and appeals. Affirmed.

Westphal & Davenport and Warren & Warren, for plaintiff in error.

The Attorney General and W. C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, Ike Madding, was convicted on an information, charging him with an assault with intent to rape, and his punishment fixed at imprisonment for one year in the penitentiary. From the judgment rendered on the verdict he appealed by filing in this court on November 11, 1919, a petition in error with case-made.

No brief has been filed, and when the case was called for final submission it was submitted on the record. The evidence for the state is uncontroverted, and it is apparent from the record that justice has been done and the judgment ought not to be reversed. except for some plain error in the proceeding which was, or might be prejudicial to the substantial rights of the defendant. After a very careful examination of the record we have failed to discover any such error. The judgment of the trial court is therefore affirmed.

---

In re N. J. RASBERRY.

No. A-3922—Opinion Filed May 4, 1921.

(196 Pac. 1065.)

Application for habeas corpus by N. J. Rasberry, to be let to bail. Cause dismissed.

Geo. W. Crump, for petitioner.

The Attorney General and W. C. Hall, Asst. Atty. Gen., for respondent.

PER CURIAM. The petitioner, N. J. Rasberry, filed his application in this court for writ of habeas corpus to be let to bail, alleging that he is confined in the county jail of Okfuskee county, charged with the murder of one John Kincade, on the 5th day of January, 1921.

Stipulations were filed showing that the state was ready to try the cause, and that the defendant would ask a trial at the present term of the district court, and the cause was taken under advisement, pending the action of the district court on said stipulations.

The petitioner has filed a motion to dismiss his application for the reason that on the 21st day of April, 1921, the jury returned a verdict of not guilty, and judgment of acquittal was rendered by the district court of Okfuskee county. The cause is therefore dismissed.